UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDWARD ALAN SCHIFF,<br><br>                Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>Administration,<br><br>                Defendant.| CASE NO.: 17-cv-2062 FFM<br><br>**JUDGMENT** |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated November 15, 2018.

DATED: November 15, 2018

                                 /S/ FREDERICK F. MUMM
                                 FREDERICK F. MUMM
                                 United States Magistrate Judge