# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALAN SCHIFF, | ) Case No.: CV 17-2062 FFM |
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| vs. | ) AWARDING EAJA FEES |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendants. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS ($4,800.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: December 12, 2018

                                          /s/ Frederick F. Mumm
                                          FREDERICK F. MUMM
                                          U.S. MAGISTRATE JUDGE